Pittsburgh Fire Fighters *v.* Pittsburgh, Appellant.

Argued May 3, 1971. Before BELL, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Frederick A. Boehm,* Assistant City Solicitor, with him *Ralph Lynch, Jr.,* City Solicitor, for appellant.

*Stanford A. Segal,* with him *Gatz, Cohen & O'Brien,* for appellee.

OPINION PER CURIAM, October 12, 1971:

Appeal transferred to the Commonwealth Court, where it should be treated as if originally filed in that Court on the date erroneously filed in this Court. Costs to be borne by appellant. 17 P.S. §211.402(4). 17 P.S. §211.503(a) and (b).

Mr. Justice JONES took no part in the consideration or decision of this case.